Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,
        Plaintiffs,

v.

JOHN DOE,
        Defendant.

CASE NO. C07-04877 SI

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Certification of Interested Entities or Persons
Case No.
#32655 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
7 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10 Corporation is publicly traded in the U.S.
11    The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
12 SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
13 Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
14 US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
15 publicly traded. Sony Corporation is publicly traded in the U.S.
16    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
17 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
18 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
19 publicly traded. Vivendi S.A. is publicly traded in France.
20    The following companies are parents of, or partners in Plaintiff ZOMBA RECORDING
21 LLC: SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Sony
22 Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.;Arista Holding, Inc.;
23 Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation
24 is publicly traded. Sony Corporation is publicly traded in the U.S.
25    The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
26 CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
27 and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
28 Warner Music Group Corp. is publicly traded in the U.S.

1     The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC: BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

    The following companies are parents of, or partners in Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and ELEKTRA ENTERTAINMENT GROUP INC.