AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California | |
|---|---|---|
| DOCKET NO.<br>C07-04877 SI | DATE FILED<br>9/20/07 | |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and ELEKTRA ENTERTAINMENT GROUP INC. | | DEFENDANT<br>JOHN DOE |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK | DATE<br>24 SEP 2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.97 2007-06-26 02:54:36 EDT          **CASE ID#** 133933425

**P2P Network:** Gnutella                                     **Total Audio Files:** 1069

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |
| LaFace Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| UMG Recordings, Inc. | Akon | Locked Up | Trouble | 361-456 |
| Zomba Recording LLC | R. Kelly | Slow Wind | TP.3 Reloaded | 375-213 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Thriller | Thriller | 41-965 |
| Atlantic Recording Corporation | Craig David | Walking Away | Born To Do It | 303-747 |
| Atlantic Recording Corporation | T.I. | Get Loose | Urban Legend | 367-100 |
| Arista Records LLC | Clipse | Ma, I Don't Love Her | Lord Willin' | 321-673 |
| Elektra Entertainment Group Inc. | Missy Elliott | Work It | Under Construction | 345-855 |