**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN DOE<br><br>    Defendant. | No. C-07-04877 SI<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

The Court GRANTS Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, and orders that Plaintiffs may serve immediate discovery on California State University, Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify the user of Internet Protocol ("IP") address 207.62.146.97 on June 26, 2007 at 02:54:36 EST. The documents may include the name, current (and permanent) address, telephone number, e-mail address, and Media Access Control Addresses for the user of IP address 207.62.146.97 on June 26, 2007 at 02:54:36 EST.

The Court further orders that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

**IT IS SO ORDERED.**

Dated: October 10, 2007

SUSAN ILLSTON
United States District Judge