Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; UMG RECORDINGS, INC.; ZOMBA RECORDING LLC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br>                    Plaintiffs,<br>     v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 3:07-CV-04877-SI<br><br>Honorable Susan Illston<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for January 15, 2008, at 2:00 p.m. to April 15, 2008.  The Court previously, on its own accord, rescheduled the case management conference from January 4, 2008, at 2:00 p.m. to the currently scheduled date.

   Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20, 2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain information sufficient to identify Defendant.  On October 10, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay.  On November 30, 2007, Cal State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

   Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation, Plaintiffs have sent a letter to Defendant asking him to contact Plaintiffs regarding possible settlement of this matter.  If the parties do not reach a settlement, Plaintiffs will file an amended complaint naming Defendant personally.

   Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the Court continue the case management conference currently set for January 15, 2008, at 2:00 p.m. to April 15, 2008.

Dated:  December 20, 2007                HOLME ROBERTS & OWEN LLP


                                         By:  _____*/s/ Matthew Franklin Jaksa*___
                                              MATTHEW FRANKLIN JAKSA
                                              Attorney for Plaintiffs

1

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 3:07-cv-04877-SI
#34559 v1

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been shown: |
| 3 | **IT IS ORDERED** that the case management conference currently set for January 15, 2008, |
| 4 | at 2:00 p.m. be continued to April ~~15~~ 18, 2008. |

Dated: _____  By: *Susan Illston*
Honorable Susan Illston
United States District Judge