Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
LAFACE RECORDS LLC; UMG
RECORDINGS, INC.; ZOMBA
RECORDING LLC; ATLANTIC
RECORDING CORPORATION; ARISTA
RECORDS LLC; and ELEKTRA
ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04877-SI<br><br>Honorable Susan Illston<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04877-SI
#35332 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claims against Defendant John Doe, also identified as ID #133933425
4  with IP address 207.62.146.97 2007-06-26 02:54:36 EDT, each party to bear its/his own fees and
5  costs.  The Clerk of Court is respectfully requested to close this case.

7  Dated:  February 5, 2008        HOLME ROBERTS & OWEN LLP

9                  By:  _____*/s/ Matthew Franklin Jaksa*___
                          MATTHEW FRANKLIN JAKSA
10                         Attorney for Plaintiffs