1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  LAFACE RECORDS LLC; UMG
   RECORDINGS, INC.; ZOMBA
8  RECORDING LLC; ATLANTIC
   RECORDING CORPORATION; ARISTA
9  RECORDS LLC; and ELEKTRA
10 ENTERTAINMENT GROUP INC.

11                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
12                           SAN FRANCISCO DIVISION
13

14 SONY BMG MUSIC ENTERTAINMENT, a        CASE NO. 3:07-CV-04877-SI
   Delaware general partnership; LAFACE
15 RECORDS LLC, a Delaware limited liability   Honorable Susan Illston
   company; UMG RECORDINGS, INC., a
16 Delaware corporation; ZOMBA RECORDING    **NOTICE OF VOLUNTARY DISMISSAL
   LLC, a Delaware limited liability company;   WITHOUT PREJUDICE**
17 ATLANTIC RECORDING CORPORATION, a
18 Delaware corporation; ARISTA RECORDS
   LLC, a Delaware limited liability company; and
19 ELEKTRA ENTERTAINMENT GROUP INC.,
   a Delaware corporation,
20
21               Plaintiffs,
22       v.
23
   JOHN DOE,
24               Defendant.
25

26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04877-SI
#35332 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, et al., by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claims against Defendant John Doe, also identified as ID #133933425
4  with IP address 207.62.146.97 2007-06-26 02:54:36 EDT, each party to bear its/his own fees and
5  costs.  The Clerk of Court is respectfully requested to close this case.

7  Dated:  February 5, 2008                                       HOLME ROBERTS & OWEN LLP

9                                                                          By:  _____/s/ Matthew Franklin Jaksa___
                                                                                     MATTHEW FRANKLIN JAKSA
10                                                                                  Attorney for Plaintiffs

*IT IS SO ORDERED*

*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA